CLAIR A. WOLF # 01859849
PACK ONE UNIT
2400 WALLACE PACK RD,
NAVASOTA, TEXAS 77868

2-10-2015

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
FEB 18 2015
CHRISTOPHER A. PRINE
CLERK

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
FEB 18 2015
CHRISTOPHER A. PRINE
CLERK_____

Christopher Prine Clerk
1st Court of Appeals
301 Fannin St,
Houston, TX. 77002

RE: Regarding records on Appeal Nos. 01-11-00806
-CR through 01-11-00814-CR

Dear Christopher Prine
   The Texas Law Library told me to contact you to get a itemized brake of my transcript. They were not able to access my records and give me a brake down of the Documents. I would like to have this information as soon as possible please.

                              Sincerly
                              Clair A. Wolf
                              CLAIR A. WOLF

CC: copy



Chris A. Wells #01859849
Pack One Unit
2400 Wallace Pack RD,
Navasota, Texas 77868

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 18 2015

CHRISTOPHER A. PRINE
CLERK

Christopher Prine Clerk
1st Court Of Appeals
301 Franklin St.
Houston, TX. 77002

7700220655

Legal Mail